PD-1334-15

NO. 04-14-0024-CR

PD-1334-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/9/2015 5:20:46 PM
Accepted 10/12/2015 5:07:56 PM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| DESTYN DAVID FREDERICK, | § | IN THE COURT OF |
| Appellant | § | |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS, | § | |
| Appellee | § | AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Destyn David Frederick, by and through his undersigned counsel of record and files this Motion for Extension to File a Petition for Discretionary Review on behalf of Appellant and in support thereof, Appellant shows the Court the following:

1. Statement of Case: Appellant was charged by a grand jury indictment in Cause No. 11-09-00041-CRL for capital murder before the 81st District Court, La Salle County, Texas, the Honorable Donna S. Rayes, presiding. Appellant pleaded not guilty before a jury which upon deliberation returned a unanimous verdict of guilty to felony murder. A sentence of thirty (30) years imprisonment was imposed by the jury. In accordance with the verdicts by the jury, the court entered Judgment and Sentence. Appellant's timely written notice of appeal was timely and Appellant's Motion for New Trial was overruled by operation on law. Upon submission of briefs, the Fourth Court of Appeals affirmed appellant's conviction in an unpublished opinion issued September 9, 2015.

2. Deadline for Filing PDR: October 9, 2015.

3. Extension of Time Requested: 30 days to November 9, 215.

4. This is appellant's first request for an extension of time to file his petition for discretionary review.

5. Counsel has reviewed the opinion of the Fourth Court of Appeals and the briefs filed therein and has found that the Fourth Court of Appeals has decided an important question of state law in conflict with the applicable decisions of the Court of Criminal Appeals and decisions of other Courts of Appeal. Therefore, discretionary review would be proper pursuant to Rule 66.3(a) &©, Tex.R.App.Proc.

6. Counsel requires additional time to conduct research and to present argument and authorities within a Petition for Review. An extension of time is required to preserve jurisdiction for discretionary review of appellant's conviction and sentence.

7.Counsel requests an extension of thirty days for the completion of Appellant's petition to November 9, 2015 This motion is not sought for purposes of delay or prejudice but so that justice may be accomplished.

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for filing the petition for discretionary review in this cause to November 9, 2015.

Respectfully Submitted,
RICHARD E. LANGLOIS
ATTORNEY AT LAW
217 Arden Grove
San Antonio, Texas 78215
Tel. (210) 225-0341
Fax (210) 225-0345
richardl@stic.net


/s/ *RICHARD E. LANGLOIS*
State Bar No. 11922500
ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

On this 9th day of October 2015 this is to certify that a true and correct copy of the above and foregoing Appellant's Motion for Extension of Time to File Appellant's Petition for Discretionary Review, was sent to:

1.  Mr. Rene Pena, District Attorney
    Frio County District Attorney
    1327 3rd St.
    Floresville, Texas 7811 4

2.  State Prosecuting Attorney
    P. O. Box 13046
    Capitol Station
    Texas 78711

3.  Destyn D Frederick
    TDCJ: 1920865
    John B. Connally Unit
    899 FM 632
    Kenedy TX 78119

/s/ <em>RICHARD E. LANGLOIS</em>